# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: PENNY L. MONTANA  
5832 DAFRED DRIVE  
ROCKFORD, IL 61107  

SSN-xxx-xx-0319

Case Number: 07-72825

Case filed on: 11/20/2007  
Plan Confirmed on: 2/15/2008  

D Dismissed

Total funds received and disbursed pursuant to the plan: $5,989.23          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTY BERNARD NATALE | 3,500.00 | 3,500.00 | 2,747.69 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 2,747.69 | 0.00 |
| 999 | PENNY L. MONTANA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | DELAWARE PLACE BANK | 15,865.11 | 13,000.00 | 1,991.95 | 787.78 |
|  | Total Secured | 15,865.11 | 13,000.00 | 1,991.95 | 787.78 |
| 001 | DELAWARE PLACE BANK | 0.00 | 2,865.11 | 0.00 | 0.00 |
| 002 | ADVANCE CASH EXPRESS | 800.00 | 800.00 | 0.00 | 0.00 |
| 003 | AMERICAN GENERAL FINANCE | 1,442.02 | 1,442.02 | 0.00 | 0.00 |
| 004 | AMERICASH LOANS LLC | 3,864.75 | 3,864.75 | 0.00 | 0.00 |
| 005 | ARS RECOVERY SERVICES, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CAPITAL ONE BANK (USA) NA | 677.85 | 677.85 | 0.00 | 0.00 |
| 009 | CASH 2 GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ROUNDUP FUNDING LLC | 6,384.02 | 0.00 | 0.00 | 0.00 |
| 011 | CHECK N GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CHECKS FOR CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CITI CARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CMK CASH INVESTMENTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | LVNV FUNDING LLC | 839.53 | 839.53 | 0.00 | 0.00 |
| 016 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | HOUSEHOLD BANK / GM GOLD | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | HSBC CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | MERRICK BANK | 993.58 | 993.58 | 0.00 | 0.00 |
| 020 | REPRODUCTIVE HEALTH & FERTILITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | SECURITY FINANCE | 505.00 | 505.00 | 0.00 | 0.00 |
| 022 | SST CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | STATE BANK OF DAVIS | 7,352.80 | 7,352.80 | 0.00 | 0.00 |
| 024 | WORLD FINANCIAL NETWORK NATIONAL BANK | 546.24 | 546.24 | 0.00 | 0.00 |
| 025 | MARK MONTANA | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ALL CREDIT LENDERS | 2,265.06 | 2,265.06 | 0.00 | 0.00 |
| 027 | ASSOCIATED LOAN SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 25,670.85 | 22,151.94 | 0.00 | 0.00 |
|  | Grand Total: | 45,035.96 | 38,651.94 | 4,739.64 | 787.78 |

Total Paid Claimant:     $5,527.42  
Trustee Allowance:       $461.81  
Percent Paid Unsecured:  0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 02/26/2009          By  /s/Heather M. Fagan